UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ZACHARY CLAMPITT, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | No. 1:21-CV-0099 AGF |
|  | ) |  |
| BILL STANGE, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## **MEMORANDUM AND ORDER**

Petitioner moves for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will therefore be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

Dated this 8th day of July, 2021.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE